1  Stan S. Mallison (SBN 184191)
   Hector R. Martinez (SBN 206336)
2  LAW OFFICES OF MALLISON & MARTINEZ
   *StanM@MallisonLaw.com*
3  *HectorM@MallisonLaw.com*
   1042 Brown Avenue, Suite A
4  Lafayette, CA 94549
   Telephone:    (925) 283-3842
5  Facsimile:    (925) 283-3426
   **Attorneys for PLAINTIFF**
6

7  Daniel K. Klingenberger (SBN 131134)
   David A. Dixon (SBN 221401)
8  DOWLING, AARON & KEELER, INC.
9  5060 California Avenue, Suite 620
   Bakersfield, CA 93309
10 Telephone:    (661) 716-3000
   Facsimile:    (661) 716-3005
11 **Attorneys for DEFENDANT**

12

13                    UNITED STATES DISTRICT COURT

14                    EASTERN DISTRICT OF CALIFORNIA

15                          FRESNO DIVISION

16                                          ) Case No. 1:07-cv-00227-OWW-DLB
17                                          )
                                            )
18 **ENRIQUE VASQUEZ and**                   ) **Stipulation and Order Extending the**
   **JUAN ANDRES RUIZ on behalf of a class of** ) **Time for Parties to Conduct Initial**
19 **similarly situated employees**          ) **Disclosures, and Re-Setting Further**
                                            ) **Scheduling Conference**
20                                          )
            **Plaintiffs,**                  )
21                                          )
        **vs.**                              )
22                                          )
   **COAST VALLEY ROOFING INC. dba COAST**   )
23 **ROOFING,**                              )
                                            )
24          **Defendant.**                   )
                                            )
25

26 ─────────────────────────────────────

LAW OFFICES OF
MALLISON &
MARTINEZ           27
1042 Brown Avenue
Suite A
Lafayette, CA  94549
925.283.3842       28

─────────────────────────────────────────────────────────────
Stipulation and [proposed] Order Regarding Schedule for Plaintiffs to File a First Amended Complaint, Parties to
Conduct Initial Disclosures, and Re-Setting Further Scheduling Conference.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PLAINTIFFS ENRIQUE VASQUEZ and JUAN ANDRES RUIZ (hereafter collectively referred to as "PLAINTIFFS") and DEFENDANT COAST VALLEY ROOFING INC. (DEFENDANT") hereby stipulate as follows:

1. The parties believe that mediation may be viable at this stage of the proceedings and therefore have agreed to postpone initial disclosures until October 15, 2007 and therefore stipulate to that date and request an Order so stating.  In the meantime, the parties have conferred and good faith and Defendant has already permitted Plaintiffs to inspect and copy the named Plaintiffs' payroll records.

2. The parties have agreed to pursue non-judicial resolution of the case, in good faith.  The parties request that the Court enter an Order specifying that they shall have through and including January 11, 2008, to accomplish any ADR. Defendant's counsel advise the Court that they recently substituted in as counsel on a different case in state court that appears headed for a jury trial beginning in late October 2007, and this factor has contributed to the slight delay in accomplishing ADR in this case.

3. The parties request the Court to enter an Order to vacate the Further Scheduling Conference currently on calendar for November 9, 2007.  The parties respectfully request an Order re-setting a Further Scheduling Conference to January 25, 2008, at 8:45 a.m., in the event the case is not resolved by that date.

September 18, 2007.

CLASS ACTION COMPLAINT – DEMAND FOR JURY TRIAL

PDF created with pdfFactory trial version www.pdffactory.com

1

LAW OFFICES OF MALLISON & MARTINEZ

2

3

By: _____/s/ Stan Mallison_____

Stan S. Mallison

4

Attorneys for PLAINTIFFS

5

DOWLING AARON & KEELER INC.

6

7

By: _____/s/   David Dixon (by permission)_____

David Dixon

8

Attorneys for DEFENDANT

9

PURSUANT TO STIPULATION, IT IS ORDERED THAT:

10

11

1.  The parties shall conduct initial disclosures on October 15, 2007.

12

2.  The parties shall accomplish any ADR on or before January 11, 2007.

13

3.  If the case is not resolved, a Further Scheduling Conference shall be held

14

January 25, 2008, at 8:45 a.m.

15

September  18, 2007.

16

/s/ Oliver W. Wanger_____

17

OLIVER W. WANGER

United States District Judge

18

19

20

21

22

23

24

25

26

27

28

- 3 -

CLASS ACTION COMPLAINT – DEMAND FOR JURY TRIAL

PDF created with pdfFactory trial version www.pdffactory.com