1    DANIEL K. KLINGENBERGER, #131134
     DAVID A. DIXON, #221401
2    DOWLING, AARON & KEELER, INC.
     Attorneys and Counselors at Law
3    5060 California Avenue, Suite 620
     Bakersfield, CA 93309
4    Telephone: 661.716.3000
     Facsimile No.: 661.716.3005
5
     Attorneys for Defendant
6    COAST VALLEY ROOFING dba COAST ROOFING

7

8                      UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11   ENRIQUEZ VASQUEZ and JUAN ANDRES          No. 1:07-cv-00227-OWW-DLB
     RUIZ on behalf of a class of similarly situated
12   employees,,                                STIPULATION FOR 30-DAY
                                                EXTENSIONOF TIME TO RESPOND
13                          Plaintiff,          TO FIRST CORRECTED AMENDED
                                                COMPLAINT AND STIPULATED
14        v.                                    REQUEST FOR JUDICIAL APPROVAL
                                                OF 100-DAY EXTENSION OF TIME
15   COAST VALLEY ROOFING, INC. dba             TO RESPOND
     COAST ROOFING,
16
                            Defendant.
17        Counsel for all Parties to the above-captioned action (including all Plaintiffs and all named

18   Defendants) have conferred in good faith with regard to case management and calendaring and

19   have agreed to the following stipulation and stipulated request seeking the Court's approval:

20

21        1.     The Parties stipulate pursuant to Local Rule 6-144 to extend the time for Defendants

22   to respond to the Corrected Amended Complaint filed by Plaintiffs on September 20, 2007. Absent

23   stipulation, the response would have been due October 11, 2007. The result of this stipulation is

24   that the response would be due no later than **Tuesday, November 13, 2007** (due to a weekend –

25   day 30 is Saturday – and a Court holiday on Monday, November 12). This stipulation is

26   automatically effective without need for Court approval, pursuant to Local Rule 6-144.

27

28   STIPULATION FOR 30-DAY EXTENSIONOF TIME TO RESPOND TO FIRST CORRECTED AMENDED COMPLAINT AND STIPULATED
     REQUEST FOR JUDICIAL APPROVAL OF 100-DAY EXTENSION OF TIME TO RESPOND
                                            - 1 -

     01360-101\00009110.1

2.     The Parties further stipulate to request the Court now to enter an order approving an extension up to 100 days for Defendants to respond to the Corrected Amended Complaint filed by Plaintiffs on September 20, 2007. If approved by the Court, the result of this extension is that the response would be due no later than **Monday, January 21, 2007** (due to a weekend – day 100 is Saturday).

3.     Good grounds are present for the Court to approve the extension requested by the Parties' stipulation in Paragraph 2 above. The Parties have previously advised the Court regarding their efforts to cooperatively manage and resolve the case via mediation or other informal resolution. The Parties continue to pursue that path. As a result, the Court has already extended the date by which the Parties are to complete alternative dispute resolution (ADR) to January 11, 2007, and has re-set the initial scheduling conference to occur on January 25, 2007. By extending the deadline for Defendants' response to the Corrected Amended Complaint until Monday, January 21, 2007, the Court will be assisting the Parties (and the Court) to avoid the costs and burdens of any motions relating to the Corrected Amended Complaint by placing that deadline after the completion of ADR. Likewise, by setting the deadline to occur before the initial

///
///
///
///
///
///
///
///
///
///

STIPULATION FOR 30-DAY EXTENSIONOF TIME TO RESPOND TO FIRST CORRECTED AMENDED COMPLAINT AND STIPULATED REQUEST FOR JUDICIAL APPROVAL OF 100-DAY EXTENSION OF TIME TO RESPOND

- 2 -

01360-101\00009110.1

1    scheduling conference on January 25, 2007, the Court will ensure that the case shall continue to

2    progress after January 11, 2007, in the event that ADR is not successful in resolving the case.

3
     SO STIPULATED:
4

5    Dated: October 10, 2007                By: /s/ David A. Dixon
                                                DAVID A. DIXON
6                                               DOWLING, AARON & KEELER, INC.
                                                Attorneys and Counselors at Law
7                                               Attorneys for Defendant
                                                COAST VALLEY ROOFING dba COAST
8                                               ROOFING

9

10   Dated: October 10, 2007                By: /s/ Stan Mallison
                                                STAN MALLISON
11                                              MALLISON & MARTINEZ
                                                Attorneys for Plaintiffs
12                                              ENRIQUEZ VASQUEZ &
                                                JUAN ANDRES RUIZ
13

14   SO ORDERED.

15   Dated: 10-29-   , 2007               By:
                                               Honorable Oliver W. Wanger
16                                             United States District Court Judge

17

18

19

20

21

22

23

24

25

26

27

28   STIPULATION FOR 30-DAY EXTENSIONOF TIME TO RESPOND TO FIRST CORRECTED AMENDED COMPLAINT AND STIPULATED
     REQUEST FOR JUDICIAL APPROVAL OF 100-DAY EXTENSION OF TIME TO RESPOND
                                             - 3 -

     01360-101\00009110.1