DANIEL K. KLINGENBERGER, #131134
DAVID A. DIXON, #221401
DOWLING, AARON & KEELER, INC.
Attorneys and Counselors at Law
5060 California Avenue, Suite 620
Bakersfield, CA  93309
Telephone: 661.716.3000
Facsimile No.: 661.716.3005

Attorneys for Defendant
COAST VALLEY ROOFING dba COAST ROOFING

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUEZ VASQUEZ and JUAN ANDRES RUIZ on behalf of a class of similarly situated employees,,<br><br>Plaintiff,<br><br>v.<br><br>COAST VALLEY ROOFING, INC. dba COAST ROOFING,<br><br>Defendant. | No. 1:07-cv-00227-OWW-DLB<br><br>STIPULATION FOR 60-DAY EXTENSION OF DATES IDENTIFIED IN PRIOR SCHEDULING ORDERS |

Counsel for all Parties to the above-captioned action (including all Plaintiffs and all named Defendants) have conferred in good faith with regard to case management and calendaring and have agreed to the following stipulation and stipulated request seeking the Court's approval:

1. The Court entered an earlier scheduling order setting January 11, 2008, as the date for the parties to complete alternative dispute resolution (ADR). Based on the anticipated completion of ADR on or before that date, the Parties requested and the Court granted extension of the deadline for Defendants' response to the Corrected Amended Complaint until 10 days after the anticipated completion of ADR, and the Court continued the next Scheduling Conference in the case until February 22, 2008.

01360-101\00009110.1
PDF created with pdfFactory trial version www.pdffactory.com

2.  The Parties have previously advised the Court regarding their efforts to cooperatively manage and resolve the case via mediation or other informal resolution.  The Parties continue to pursue that path.  However, for a period of roughly 60 days during November 2007 through early January 2008, the Parties were not able to develop the case sufficiently to complete meaningful ADR or other informal resolution.  The circumstances for the inactivity in the case during November 2007 through early January 2008 were beyond the control of counsel for either Party.  After counsel for the Parties had agreed to the schedule reflected in the Court's earlier orders, Defendant Coast Valley Roofing, Inc.'s President attempted suicide (according to media reports), was hospitalized and was then later arrested and incarcerated on suspicion of a crime unrelated to the above-captioned litigation.  These unexpected events made it impossible for counsel for the Parties in this litigation to proceed with the completion of ADR in the previously agreed timeframe.

3.  Counsel for the Parties continue to cooperate to manage the case in a direction toward informal resolution.  The Parties also understand the Court's interest in keeping the litigation moving forward.  If not for the very unusual circumstances identified above that paused the development of the case during November 2007 through mid-January 2008, the Parties would not make the present stipulated request.  But, given those circumstances, the Parties respectfully submit that good grounds exist for the Parties' present request and submit that the Court should grant the Parties' stipulated request for a 60-day extension of the calendar items set by the Court's previous scheduling orders.

/ / /

/ / /

/ / /

01360-101\00009110.1

PDF created with pdfFactory trial version www.pdffactory.com

4. On the basis of the foregoing, the Parties respectfully request the Court to enter a new scheduling order setting the following calendar events:

 a. The Parties shall complete ADR no later than March 11, 2008. Defendants shall produce to Plaintiffs' counsel a list of names and last known contact information of persons in the proposed class and shall provide Plaintiffs' counsel access to the payroll and timekeeping records of same on or before February 22, 2008.

 b. If the case is not resolved by ADR on or before March 11, 2008, the Defendants shall respond to the Corrected Second Amended Complaint no later than March 21, 2008.

 c. The scheduling conference presently calendared for February 22, 2008, shall be continued to April 3, 2008 at 8:15 AM, in courtroom 3.

Respectfully submitted:

SO STIPULATED:

Dated:  January 22, 2008    By:  /s/ David A. Dixon
                DAVID A. DIXON
                DOWLING, AARON & KEELER, INC.
                Attorneys and Counselors at Law
                Attorneys for Defendant
                COAST VALLEY ROOFING dba COAST ROOFING

Dated:  January 22, 2008    By:  /s/ Stan Mallison
                STAN MALLISON
                MALLISON & MARTINEZ
                Attorneys for Plaintiffs
                ENRIQUEZ VASQUEZ &
                JUAN ANDRES RUIZ

SO ORDERED.

Dated: January 23, 2008    /s/ OLIVER W. WANGER
                Judge Wanger

01360-101\00009110.1

PDF created with pdfFactory trial version www.pdffactory.com