1  STAN S. MALLISON (SBN 184191)
   HECTOR R. MARTINEZ (SBN 206336)
2  MARCO A. PALAU (SBN 242340)
   LAW OFFICES OF MALLISON & MARTINEZ
3  1042 Brown Avenue, Suite A
   Lafayette, CA 94549
4  Telephone:    (925) 283-3842
   Facsimile:    (925) 283-3426
5
6  DANIEL K. KLINGENBERGER, #131134
   DAVID A. DIXON, #221401
7  DOWLING, AARON & KEELER, INC.
   Attorneys and Counselors at Law
8  5060 California Avenue, Suite 620
   Bakersfield, CA  93309
9  Telephone: 661.716.3000
   Facsimile No.: 661.716.3005
10
   Attorneys for Defendant
11 COAST VALLEY ROOFING dba COAST ROOFING

12              UNITED STATES DISTRICT COURT
              UNITED STATES FEDERAL DISTRIC COURT
13
              EASTERN DISTRICT OF CALIFORNIA
14

15

16 ENRIQUEZ VASQUEZ and JUAN ANDRES          No. 1:07-cv-00227-OWW-DLB
   RUIZ on behalf of a class of similarly situated
17 employees,,                               STIPULATION FOR 30-DAY
                                             EXTENSION OF DATES IDENTIFIED
                                Plaintiff,   IN PRIOR SCHEDULING ORDERS
18
19     v.

20 COAST VALLEY ROOFING, INC. dba
   COAST ROOFING,
21
                                Defendant.
22     Counsel for all Parties to the above-captioned action (including all Plaintiffs and all named

23 Defendants) have conferred in good faith with regard to case management and calendaring and

24 have agreed to the following stipulation and stipulated request seeking the Court's approval:

25     1.   The Court originally entered an earlier scheduling order setting January 11, 2008, as the

26 date for the parties to complete alternative dispute resolution (ADR).   The Court later extended

27 this time to March 11, 2008.

28

PDF created with pdfFactory trial version www.pdffactory.com

2.   The Parties have previously advised the Court regarding their efforts to cooperatively manage and resolve the case via mediation or other informal resolution.  The Parties continue to pursue that path.  For a period of roughly 60 days during November 2007 through early January 2008, the Parties were not able to develop the case sufficiently to complete meaningful ADR or other informal resolution.  The circumstances for the inactivity in the case during November 2007 through early January 2008 were beyond the control of counsel for either Party, as described in an earlier stipulation this Court reviewed.  Those unexpected events made it impossible for counsel for the Parties in this litigation to proceed with the completion of ADR in the previously agreed timeframe.

3.   The parties have since made significant progress towards mediation.  Defendants have made available a substantial paper production and some electronic records for Plaintiffs to review as well as a list of names, addresses and telephone numbers of employees that worked during the potentially relevant time period, including putative class members.  Defendants have agreed to make these documents continually available during this litigation.  The volume of paper documents at issue in this case, which the parties are cooperating to access and analyze has slowed the calculation of potential damages, and thus further time is needed to prepare for mediation and/or other informal resolution of the case.

4.   Plaintiffs are in the process of scanning and reviewing these documents, calculating damages, and contacting putative class members.  The parties have engaged in preliminary settlement discussions and mediation preparation and believe that the prospects for settlement are good.  However, the parties need additional time to complete this process.

5.   Counsel for the Parties continue to cooperate to manage the case in a direction toward informal resolution.  The Parties also understand the Court's interest in keeping the litigation

01360-101\00010028.1
PDF created with pdfFactory trial version www.pdffactory.com

1   moving forward.  If not for the very unusual circumstances that paused the development of the case

2   during November 2007 through mid-January 2008, and the pace of the progress made in obtaining

3   and reviewing the evidence in this case, the Parties would not make the present stipulated request.

4   But, given those circumstances, the Parties respectfully submit that good grounds exist for the

5   Parties' present request and submit that the Court should grant the Parties' stipulated request for a

6   30-day extension of the calendar items set by the Court's previous scheduling orders.

7        6.   On the basis of the foregoing, the Parties respectfully request the Court to enter a new

8   scheduling order setting the following calendar events:

9            a.   The Parties shall continue and complete ADR no later than April 10, 2008.

10           b.   If the case is not resolved by ADR on or before April 10, 2008, the Defendants shall

11                respond to the Corrected Second Amended Complaint no later than April 25, 2008.

12           c.   The Case Scheduling Conference currently presently calendared for April 3, 2008,

13                shall be continued to April 25, 2008, at 8:15 AM in courtroom 3 before Judge

14                Oliver W. Wanger.

15   Respectfully submitted:

16   SO STIPULATED:

01360-101\00010028.1

PDF created with pdfFactory trial version www.pdffactory.com

1     Dated:  March 7, 2008           By:  _/s/ David A. Dixon

2     _____                           DAVID A. DIXON
                                         DOWLING, AARON & KEELER, INC.

3                                           Attorneys and Counselors at Law
                                          Attorneys for Defendant

4                                           COAST VALLEY ROOFING dba COAST
                                          ROOFING

5     Dated:  March 7, 2008         By: _____ /s/ Stan Mallison _____
                                          STAN MALLISON

6                                           MALLISON & MARTINEZ
                                          Attorneys for Plaintiffs

7                                           ENRIQUEZ VASQUEZ &
                                          JUAN ANDRES RUIZ

8

9     SO ORDERED.

10     Dated:_March 10, 2008             By: /s/ OLIVER W. WANGER

11     _____
                                          Judge Oliver W. Wanger

12                                        UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

01360-101\00010028.1
PDF created with pdfFactory trial version www.pdffactory.com