STAN S. MALLISON (SBN 184191)
HECTOR R. MARTINEZ (SBN 206336)
MARCO A. PALAU (SBN 242340)
LAW OFFICES OF MALLISON & MARTINEZ
1042 Brown Avenue, Suite A
Lafayette, CA 94549
Telephone:   (925) 283-3842
Facsimile:    (925) 283-3426

DANIEL K. KLINGENBERGER, #131134
DAVID A. DIXON, #221401
DOWLING, AARON & KEELER, INC.
Attorneys and Counselors at Law
5060 California Avenue, Suite 620
Bakersfield, CA  93309
Telephone: 661.716.3000
Facsimile No.: 661.716.3005

Attorneys for Defendant
COAST VALLEY ROOFING dba COAST ROOFING

UNITED STATES DISTRICT COURT
UNITED STATES FEDERAL DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUEZ VASQUEZ and JUAN ANDRES RUIZ on behalf of a class of similarly situated employees,,<br><br>Plaintiff,<br><br>v.<br><br>COAST VALLEY ROOFING, INC. dba COAST ROOFING,<br><br>Defendant. | No. 1:07-cv-00227-OWW-DLB<br><br>STIPULATION FOR MODIFIED SCHEDULING ORDER |

Counsel for all Parties to the above-captioned action (including the Plaintiff and all named Defendants) have conferred in good faith with regard to case management and calendaring and have agreed to the following stipulation and stipulated request seeking the Court's approval:

1. On April 29, 2008, this Court, following an initial scheduling conference, entered a Scheduling Conference Order (Docket No. 17).

2. Since April 29, the parties, in good faith, have proceeded in accordance with that Order, including completion of alternative dispute resolution via mediation.

3. The counsel for the parties have executed a settlement agreement to resolve this matter, and plaintiffs anticipate filing a motion seeking the Court's preliminary approval of same within the next two (2) weeks. Therefore, the parties have stipulated to a revised Scheduling order, the approval of which they currently seek from this Court.

4. The parties have agreed to stipulate that all pending deadlines in this matter be continued indefinitely, until the Court sets a new Scheduling Order following plaintiff's filing the anticipated motion seeking preliminary approval of the Settlement Agreement.

5. The parties submit this Stipulation in good in an effort to postpone the various deadlines that otherwise would arise in the coming weeks as they prepare the finalized settlement agreement.

SO STIPULATED:

Dated: August 13, 2009     By: __/s/ David A. Dixon_____
                               DAVID A. DIXON
                               DOWLING, AARON & KEELER, INC.
                               Attorneys and Counselors at Law
                               Attorneys for Defendant
                               COAST VALLEY ROOFING dba COAST
                               ROOFING

Dated: August 13, 2009     By: _/s/ Stan Mallison
                               STAN MALLISON
                               MALLISON & MARTINEZ
                               Attorneys for Plaintiffs
                               ENRIQUEZ VASQUEZ &
                               JUAN ANDRES RUIZ

SO ORDERED.

Dated:__9/1/2009           By: ___/s/ OLIVER W. WANGER_____
                               United States District Court Judge
                               Oliver W. Wanger