STAN S. MALLISON (SBN 184191)
HECTOR R. MARTINEZ (SBN 206336)
MARCO A. PALAU (SBN 242340)
LAW OFFICES OF MALLISON & MARTINEZ
1042 Brown Avenue
Lafayette, CA 94549
Telephone:   (925) 283-3842
Facsimile:    (925) 283-3426

Attorneys for Plaintiffs

UNITED STATES FEDERAL DISTRIC COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| ENRIQUEZ VASQUEZ and JUAN ANDRES RUIZ on behalf of a class of similarly situated employees,, <br><br> Plaintiff, <br><br> v. <br><br> COAST VALLEY ROOFING, INC., dba COAST ROOFING, and FRANCIS DOMINIC GIANGROSSI <br><br> Defendant. | No. 1:07-cv-00227-OWW-DLB <br><br> **SUPPLEMENTAL DECLARATION OF COSTS AND FEES OF STAN S. MALLISON IN SUPPORT OF MOTION FOR FEES, COSTS AND REPRESENTATIVE AWARDS** <br><br> Date:         February 22, 2010 <br> Time:        10:00 a.m. <br> Courtroom: 3 <br> Judge:        Oliver Wanger |

I, Stan S. Mallison, declare the following:

    1.    I am an attorney at law licensed to practice before all courts of the State of California and am a founding partner of the Law Offices of Mallison & Martinez. My firm and I are counsel for the Plaintiffs, in the above-captioned case. I am familiar with the above-captioned litigation and the dispute from which it arises. All statements made herein are on personal knowledge unless otherwise stated. If called as a witness, I could competently testify as to matters stated herein.

    2.    I have practiced class action litigation almost exclusively for more than a decade and am

familiar with attorneys fees, cost, and incentive award issues. I continue to co-counsel numerous cases with large class action firms and therefore interact with them on these issues regularly. I am a member of the California Employment Lawyers Association ("CELA") and I am therefore in regular contact with other California attorneys who practice in the field of wage and hour class actions. Based on my participation in these organizations, my past experience, and my personal knowledge of the practices of other California attorneys who file and prosecute wage and hour class actions, the recovery contingency fee of the type requested here, the rates, and the amount of type of work expended is common in small wage and hour class actions.

3.  The requested attorneys' fees and reimbursement of costs and expenses are reasonable in light of the time and expense expended achieving the substantial benefits and should be approved. Class Counsel reached this result for the Class at significant risk to themselves of recovering no fee. The case was initiated prior to the construction slump, and prior to Defendants' other legal problems. As a result, Plaintiffs' Counsel anticipated that the Defendants would be able to fund a much larger settlement and litigated this case on this basis.

4.  Plaintiffs' counsel is requesting attorneys' fees of $33^{1/3}$ % or a total of $100,000 which is only 56.03% of the total lodestar in this case of $178,475. The total amount of costs incurred by counsel is $8967. As described above, these costs largely revolved around travel costs, expert database consulting fees, and document consultant fees, discovery and research costs. The amount of lodestar by individual professional is as follows:

| | |
|---|---|
| Stan Mallison, Partner @ $525 per hour | $101,456.25 |
| Hector Martinez, Partner @ $525 per hour | $40,556.25 |
| Marco Palau, Associate @ $350 per hour | $11,112.50 |
| Hector Hernandez, Paralegal @ $150 per hour | $25,350 |
| TOTAL Professional Fees | $178,475 (**reduced to a request for $100,000**) |

Attached as Exhibit 1 is a true and correct copy the time entries for this case.

5.  Mallison and Martinez has incurred costs of $8967 in this case. A large portion of the

costs in this case relate to Plaintiffs' discovery and investigative costs in the case including scanning and printing of thousands of documents in the case and travel costs associated with several trips to Bakersfield to interview clients, witnesses, and to review and scan dozens of boxes of documents.

| | |
|---|---|
| Balance Right Services (Construction accounting expert -Lafayette, CA) | $960 |
| TelSwitch Inc (Database and OCR expert) | $1250 |
| Travel Costs (Mileage) | $1575 |
| Travel Costs (Hotel/Food) | $540 |
| Photocopy/Scanning/printing 12450 pages @ .25 per page | $3112.50 |
| Westlaw (Electronic Research) | $1260 |
| Phone/Fax/Electronic Services | $270 |
| | $8967.50 |

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Dated: March 1, 2010.

                            /s/  Stan S. Mallison
                                Stan S. Mallison